UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
KELLEY STAPLES BENSON,

                Plaintiff,

    -against-                        10-CV-03246 (TPG)(HP)

OTIS ELEVATOR COMPANY,
UNITED TECHNOLOGIES CORPORATION
and JACK HAGER,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mary E. Ahrens of the law firm Seyfarth Shaw LLP hereby enters her appearance as counsel for Defendants Otis Elevator Company, United Technologies Corporation and Jack Hager (collectively "Defendants") in the above-captioned action.

Dated: New York, NY
       December 14, 2010

                                  Respectfully submitted,

                                  SEYFARTH SHAW LLP

                                  By:____s/Mary E. Ahrens_____
                                      Mary E. Ahrens
                                  620 Eighth Avenue
                                  New York, New York 10018
                                  ph:  (212) 218-5277
                                  fax: (212) 218-5526
                                  mahrens@seyfarth.com

                                  *Attorneys for Defendants*

12779276v.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 15, 2010, a true and correct copy of the within and foregoing Notice of Appearance was served via US Mail on Plaintiff's counsel at the following address:

Eric Andrew Suffin
160 W. 71st Street, Suite B
New York, New York 10023

Attorney for Plaintiff

                                                      s/Mary E. Ahrens
                                                    Mary E. Ahrens

12779276v.1