UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLEY STAPLES BENSON,

                                                      10 CIV 3246 (TGP) (HP)

               Plaintiff,

-against-                                        NOTICE OF CHANGE
                                                    OF ADDRESS

OTIS ELEVATOR COMPANY,
UNITED TECHNOLOGIES
CORPORATION, and JACK HAGER,

               Defendants.
------------------------------------------------------------X

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

        Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for Eric Andrew Suffin, Esq.

        I am an attorney admitted to practice law in this court.  My SDNY Bar Number is 4546867.  My State Bar Number is 4546867.

        I will continue to be counsel of record on the above-entitled case.

                                         LAW FIRM OF ERIC ANDREW
                                         SUFFIN

                                         1040 6th Avenue, 24th Floor
                                       Suite 2413
                                       New York, NY 10018
                                       (212) 847-9577
                                       Facsimile: (212) 847-9578
                                       es@suffinlaw.com

Dated: February 9, 2011                    s/ suffin ripuh&43

                                    _____
                                    Eric Andrew Suffin, Esq. (ES 6867)