UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

KELLEY STAPLES BENSON,

                    Plaintiff,

     – against –

OTIS ELEVATOR COMPANY, UNITED
TECHNOLOGIES CORPORATION, and
JACK HAGER,

                    Defendants.

------------------------------------------------x

**ORDER**

10 Civ. 3246 (TPG)

      A conference was held on September 21, 2011 regarding discovery. There is a dispute regarding the results of that conference.

      The summary of the conference contained in the letter of Defendants' attorney, Mary E. Ahrens, Esq., of September 30, 2011, is correct. The parties should proceed accordingly.

      SO ORDERED.

Dated: New York, New York
       October 4, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/11

Thomas P. Griesa
U.S. District Judge